UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID LAWRENCE MILLER,

        Plaintiff,

  vs.

Dr. BANKS, CDCR-SQSP; Dr. WONG, CDCR-SQSP; SRN GULLUM, CDCR-SQSP; and the CALIFORNIA DEPARTMENT OF CORRECTIONS,

        Defendants.

No. C 07-4544 PJH (PR)

**ORDER OF DISMISSAL WITH LEAVE TO AMEND**

     Plaintiff, a prisoner at the California Correctional Center in Susanville, has filed a pro se civil rights complaint under 42 U.S.C. § 1983. He has been granted leave to proceed in forma pauperis. Because the complaint partly involves events which occurred at San Quentin State Prison, which is in this district, venue is proper here. *See* 28 U.S.C. § 1391(b).

     The complaint includes only the first page of the court's form for prisoner complaints; the remainder consists of notebooks paper pages providing a narrative of events. As a result, the complaint does not include information which would be useful to the court. For instance, it is not really clear whether plaintiff intended to name the California Department of Corrections as a separate defendant or was just identifying the employer of the other defendants. The complaint therefore is **DISMISSED** with leave to amend on the form within thirty days of the date of this order.

     **IT IS SO ORDERED.**

Dated: April 8, 2008.

                                        PHYLLIS J. HAMILTON
                                        United States District Judge

G:\PRO-SE\PJH\CR.07\MILLER4544.DWL.wpd