**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID LAWRENCE MILLER,

    Plaintiff,

vs.

Dr. BANKS, CDCR-SQSP; Dr. WONG, CDCR-SQSP; SRN GULLUM, CDCR-SQSP; and the CALIFORNIA DEPARTMENT OF CORRECTIONS,

    Defendants.

No. C 07-4544 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. In the initial review order the court dismissed the complaint with leave to amend on the court's form within thirty days. Petitioner has not amended and the time to do so has expired. This case therefore is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: May 22, 2008.

    PHYLLIS J. HAMILTON
    United States District Judge

G:\PRO-SE\PJH\CR.07\MILLER4544.DIS-no amend.wpd