UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID L MILLER,

        Plaintiff,

  v.

DR BANKS et al,

        Defendant.

Case Number: CV07-04544 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Lawrence Miller V-01547
High Desert State Prison
E-2D-074L
P.O. Box 3030
Susanville, CA 96127-2400

Dated: May 22, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk