1

2

3
UNITED STATES DISTRICT COURT

4
NORTHERN DISTRICT OF CALIFORNIA

5

6

7
DAVID LAWRENCE MILLER,

8
             Plaintiff,                No. C 07-4544 PJH (PR)

9
  vs.                             **JUDGMENT**

10
Dr. BANKS, CDCR-SQSP; Dr. WONG,
CDCR-SQSP; SRN GULLUM, CDCR-
11
SQSP; and the CALIFORNIA
DEPARTMENT OF CORRECTIONS,
12

13
             Defendants.
_____/

14

15
      A judgment of dismissal without prejudice is entered in favor of defendants and

against plaintiff.  Plaintiff shall take nothing by way of his complaint.
16

17
      **IT IS SO ORDERED**.

18
Dated:  May 22, 2008.             _____
                         PHYLLIS J. HAMILTON
                    United States District Judge

19

20

21

22

23

24

25

26

27

28
G:\PRO-SE\PJH\CR.07\MILLER4544.JUD.wpd

**United States District Court**
For the Northern District of California